UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FERMIN RAMIREZ, *individually and on behalf of others similarly situated*,

                              Plaintiff,

           - against -

206-16 HOLLIS AVE. FOOD CORP. (D/B/A COMPARE FOODS), JOSE ESPINAL AKA THEO,

                              Defendants.
-----------------------------------------------------------X

Case No. 1:23-cv-00601-TAM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all causes of action asserted therein by Plaintiff against Defendants are hereby dismissed with prejudice and without costs.

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record pursuant to the fully-executed and court-approved Settlement Agreement (Dkt. No. 25-1; October 20, 2023 Text Order), that in the event of a dispute as to the interpretation, application, or violation of said Settlement Agreement, this Court, the United States District Court, Eastern District of New York, will retain jurisdiction over the action for the purpose of enforcing the Settlement Agreement or determining breach of it.

Dated: New York, New York
November 27, 2023

| | |
|---|---|
| CSM LEGAL, P.C. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: /s/Mary Bianco, Esq. | By: /s/Joan B. Lopez |
| Mary Bianco, Esq. | Joan B. Lopez, Esq. |
| One Grand Central Place | 77 Water Street, Suite 2100 |
| 60 East 42nd Street, Suite 4510 | New York, New York 10005 |
| mary@csm-legal.com | (212) 232-1300 |
| *Attorneys for Plaintiff* | Joan.Lopez@lewisbrisbois.com |
| | *Attorneys for Defendants* |

SO ORDERED:  December 1, 2023

*Taryn A. Merkl*
_____
The Honorable Taryn A. Merkl